CITY COURT OF NEW YORK, GENERAL TERM, MAY, 1896.

THE LINCOLN NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. HARFORD B. KIRK et al., Appellants.

APPEAL from judgment in favor of plaintiff, entered upon verdict directed by the court.

G. P. Smith, for appellants.

Dittenhoefer, Gerber & James, for respondent.

McCARTHY, J. We think the court properly directed a verdict for the plaintiff and the evidence warranted it. Stillman v. Northrup, 109 N. Y. 473; Baldwin v. Doying, 114 id. 457.

Judgment affirmed, with costs.

CONLAN and SCHUCHMAN, JJ., concur.

Judgment affirmed, with costs.